**Order entered July 11, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00824-CR

**STEVEN LEE GORDON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81751-2013**

## ORDER

We **GRANT** deputy court reporter Robyn M. Rodriguez's July 9, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
             JUSTICE